UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
*Electronically filed*

| | |
|---|---|
| ERIC LOTZ & PAMELA LOTZ ) | |
| Next Friends and Parents of ) | |
| M.M., a Juvenile ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v.  ) | Case No. |
| ) | |
| STEAK N SHAKE, INC. ) | |
| ) | |
| Defendant ) | |

**NOTICE OF REMOVAL**

Defendant, Steak N Shake, Inc., by counsel, hereby removes and gives notice of removal of this action to the United States District Court for the Eastern District of Kentucky, Lexington Division, pursuant to 28 U.S.C. Sections 1332 and 1441 *et seq*., as follows:

1. On May 22, 2019, there was commenced, and is now pending in the Fayette County Circuit Court (Division Eight), Kentucky, a certain civil action styled *Eric Lotz & Pamela Lotz, Next Friends and Parents of M.M., a Juvenile v. Steak N Shake,Inc.*, and bearing Civil Action No. 19-CI-01882. This action seeks to recover damages in connection with an incident that allegedly occurred on or about April 7, 2019 at the Steak N Shake Restaurant located at 1832 Alysheba Way, Lexington, Fayette County, Kentucky, 40509. The United States District Court for the Eastern District of Kentucky has jurisdiction based upon the

diversity of the parties, and Lexington is the proper jury division pursuant to Local Rule 3.1(b)(4).

2. Plaintiff served the Complaint upon Steak N Shake, Inc.'s registered agent for service of process in Kentucky on May 28, 2019. Steak N Shake, Inc. answered and propounded discovery requests on Plaintiff on June 3, 2019. This matter became removable on July 5, 2019 when Plaintiff failed to timely respond to Steak N Shake, Inc.'s requests for admission. Removal is therefore timely under 28 U.S.C. Section 1446(b) and (c).

3. Upon information and belief, at all times relevant to the subject incident, including the date of the incident and now, the Plaintiffs, Eric and Pamela Lotz and M.M., a juvenile, have been citizens and residents of Paris, Bourbon County, Kentucky.

4. Defendant, Steak N Shake, Inc., was incorporated under the laws of the State of Indiana, and had its principal place of business in Indiana on April 7, 2019, the date of the subject incident. As of the date of the filing of this Notice of Removal, it is still incorporated under laws of Indiana and maintains its principal place of business in the state of Indiana. Thus, this Court has concurrent original jurisdiction over this action under the provisions of 28 U.S.C. Section 1332 ("diversity" jurisdiction).

5. Per the Complaint, Plaintiff, M.M.'s alleged injuries consist of: loss of consciousness, mandibular fracture, lacerations to lip and tongue, multiple fractured teeth, and injury to her right knee. M.M. suffered permanent injuries and continues to suffer physical and mental pain. (See Complaint, attached hereto as Exhibit A.) In its discovery requests, Steak N Shake requested Plaintiffs to admit "that the total amount in controversy regarding the claims of Eric Lotz and Pamela Lotz as next friends and parents of M.M., a

juvenile, exceeds $75,000, exclusive of costs and interest."(See Defendant's First Set of Interrogatories, Requests for Admissions, and Requests for Production of Documents to Plaintiffs, attached hereto as Exhibit B.) Plaintiff failed to timely respond.  Accordingly, the Plaintiff is deemed to have admitted that the amount in controversy exceeds $75,000. (See CR 36.02 and *Harris v. Stewart*, 981 S.W.2d 122, 124 (Ky. Ct. App. 1998). Based on the foregoing, it is more likely than not the amount in controversy exceeds $75,000. Therefore, this action may be removed into this Court pursuant to the provisions of 28 U.S.C. Section 1441.

6. Attached hereto are true and correct copies of all process and pleadings filed in this action.  To the best knowledge and belief of Defendant, no further proceedings have taken place.

7. The Defendant hereby respectfully requests that this Court assume jurisdiction of this case, and issue such further orders and processes as may be necessary to bring before this Court all parties necessary for the trial hereof.

8. Written notice of the filing of this Notice of Removal will be provided to Plaintiff and the Clerk for Fayette County Circuit Court, Kentucky, as required by law.

### **CERTIFICATION PURSUANT TO RULE 11**

The undersigned, as counsel for Steak N Shake, Inc., hereby certifies pursuant to Rule 11 of the Federal Rules of Civil Procedure that he has read the foregoing Notice of Removal; to the best of his knowledge, information and belief, formed at the reasonable inquiry, this Notice of Removal is well-grounded in fact and is warranted by existing law or good faith argument for the extension, modification or reversal of existing law, that it

is not interposed for any improper purpose such as to harass or to cause unnecessary delays or needless increase in the cost of litigation.

WHEREFORE, the Defendant, Steak N Shake, Inc., provides notice that this cause of action, now pending in Fayette County Circuit Court, Kentucky, has been removed to the United States District Court for the Eastern District of Kentucky at Lexington.

Respectfully submitted,

PHILLIPS PARKER ORBERSON & ARNETT, PLC

/s/ William B. Orberson
William B. Orberson
Aaron M. Williams
716 West Main Street, Suite 300
Louisville, KY  40202
(502) 583-9900
worberson@ppoalaw.com
awilliams@ppoalaw.com
*Counsel for Defendant, Steak n Shake, Inc.*

## CERTIFICATE OF SERVICE

It is hereby certified that on the 11th day of July, 2019, the foregoing document was electronically filed through the ECF system, and served via U.S. Mail to the following:

Brian T. Canupp
BRIAN T. CANUPP, P.S.C.
322 Main Street
Paris, Kentucky 40361
Brian@canupplaw.com
*Counsel for Plaintiff*

/s/William B. Orberson
William B. Orberson
Aaron M. Williams