UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| ERIC LOTZ and PAMELA LOTZ, next friends and parents of M.M., a juvenile, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 5: 19-277-DCR |
| V. | ) ) ) | |
| STEAK N SHAKE, INC., | ) ) | **ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties did not file a joint status report the first Monday of this month, as directed in paragraph 17 of the Scheduling Order. [Record No. 11] Accordingly, it is hereby

**ORDERED** that the parties shall **SHOW CAUSE** on or before **November 22, 2019**, why this matter should not be dismissed, without prejudice, and stricken from the docket.

Dated: November 18, 2019.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky