UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| ERIC LOTZ and PAMELA LOTZ, next friends and parents of M.M., a juvenile, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 5: 19-277-DCR |
| V. | ) ) ) | |
| STEAK N SHAKE, INC., | ) ) | **ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have tendered an agreed order of dismissal, which has been docketed as a motion. Accordingly, it is hereby

**ORDERED** as follows:

1. The parties' construed motion [Record No. 111] is **GRANTED**.

2. The parties shall pay their respective costs incurred in this matter.

3. This matter is dismissed, with prejudice, and **STRICKEN** from the docket.

Dated: October 5, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky